**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
**301-344-0052**

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Dennis A. Dykes*
Criminal No. RWT 07-0299

DATE: March 23, 2018

\* \* \* \* \* \* \* \* \*

The hearing on the violation of supervised release stated in paragraph 8 of the Petition dated September 26, 2017 that is scheduled for July 31, 2018 at 9:00 a.m., is hereby **RESCHEDULED** for **August 1, 2018, at 10:00 a.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge